United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 23-01871-MJC
Angel L. Vargas, Jr.  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Sep 26, 2023     Form ID: ntcnfhrg     Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Angel L. Vargas, Jr., 231 S. 2nd St., Lehighton, PA 18235-2105 |
| 5561066 | | Law Office of Kevin K Kercher Esq PC, 881 3rd St Ste C2, Whitehall, PA 18052-5930 |
| 5561072 | + | Penny Mac Mortgage, PO Box 514387, Los Angeles, CA 90051-4387 |
| 5561065 | | Vargas Angel L Jr, 231 S 2nd St, Lehighton, PA 18235-2105 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5561067 | | Email/Text: backoffice@affirm.com | Sep 26 2023 18:34:00 | Affirm, Inc., PO Box 6760, Pittsburgh, PA 15212-0760 |
| 5561068 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 26 2023 18:42:07 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5562709 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 26 2023 18:42:02 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5561953 | | Email/Text: mrdiscen@discover.com | Sep 26 2023 18:34:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5561069 | | Email/Text: mrdiscen@discover.com | Sep 26 2023 18:34:00 | Discover Card, PO Box 71084, Charlotte, NC 28272-1084 |
| 5561070 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 26 2023 18:34:00 | Internal Revenue Servic, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5562582 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 26 2023 18:42:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5561071 | | Email/PDF: cbp@omf.com | Sep 26 2023 18:42:07 | One Main Financial, PO Box 9001122, Louisville, KY 40290-1122 |
| 5566089 | + | Email/PDF: cbp@omf.com | Sep 26 2023 18:42:04 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5561073 | | Email/Text: jaxbanko@td.com | Sep 26 2023 18:34:00 | TD Auto Finance, P.O. Box 16039, Lewiston, ME 04243-9520 |
| 5562172 | | Email/Text: jaxbanko@td.com | Sep 26 2023 18:34:00 | TD Bank, N.A., PO Box 16041, Lewiston, ME 04243-9523 |
| 5562171 | + | Email/Text: bncgeneral@evanspetree.com | Sep 26 2023 18:34:00 | TD Bank, N.A., successor in interest to TD Auto Fi, c/o Jacob Zweig, Esq., EVANS PETREE PC, 1715 Aaron Brenner Drive, Suite 800, Memphis, TN 38120-1445 |

TOTAL: 12

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a

**preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Jacob Zweig | on behalf of Creditor TD Bank N.A., successor in interest to TD Auto Finance LLC jzweig@evanspetree.com, bfox@evanspetree.com |
| Kevin Karl Kercher | on behalf of Debtor 1 Angel L. Vargas Jr. kevinkk@kercherlaw.com, kevin@kercherlaw.com |
| Michael Patrick Farrington | on behalf of Creditor PENNYMAC LOAN SERVICES LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Angel L. Vargas Jr.,

**Debtor 1**

Chapter 13

Case No. 5:23−bk−01871−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**October 26, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: November 2, 2023<br>Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KarenDavis, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 26, 2023 |

ntcnfhrg (08/21)